IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Case No. C 09-80335 MISC VRW

**ORDER TO SHOW CAUSE**

Patrick Dayton McNeal - # 062102

_____/

It appearing that Patrick Dayton McNeal has been enrolled as an inactive member of the State Bar of California pursuant to Section 6007 of the Business and Professions Code and that he may not practice law while so enrolled effective October 5, 2009,

**IT IS SO ORDERED**

That respondent show cause in writing on or before February 5, 2010 as to why Patrick Dayton McNeal should not be so enrolled before this Court, pending further notice from the State Bar of California.

Dated:

VAUGHN R WALKER
United States District Chief Judge

Mailing Address:
Patrick Dayton McNeal
Law Office of Patrick D. McNeal
714 N Spurgeon St.
Santa Ana, CA 92701