**U.S. Postal Service ™**
**CERTIFIED MAIL ™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ CV·09·80339 MISC VRW |

Postmark Here

Sent To: Patrick Dayton McNeal
Street, Apt. No.; or PO Box No. 714 N Spurgeon Street
City, State, ZIP+4 Santa Ana, CA 92701

PS Form 3800, August 2006 — See Reverse for Instructions

7008 1300 0000 9802 7748

CERTIFIED MAIL ™