IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                    No CV 09 80339 MISC VRW

Patrick Dayton McNeal,

    State Bar No 062102              ORDER
_____/

On December 17, 2009, the court issued an order to show cause (OSC) why Patrick Dayton McNeal should not be removed from the roll of attorneys authorized to practice law before this court, based upon his inactive enrollment by the State Bar of California pursuant to Section 6007 of the Business and Professions Code. The State Bar web site now indicates that Mr McNeal has been disbarred effective February 26, 2010.

The OSC was mailed to Mr McNeal's address of record with the State Bar on December 22, 2009. A written response was due on or before February 5, 2010. No response to the OSC has been filed as of this date.

The court now orders Patrick Dayton McNeal removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

PATRICK D. MCNEAL

State Bar No. 062102

_____/

Case Number: CV09-80339 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 8, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Patrick Dayton McNeal
Law Office of Patrick D. McNeal
714 N Spurgeon Street
Santa Ana, CA 92701

Dated: March 8, 2010

Richard W. Wieking, Clerk

By: Frank Justiliano, Deputy Clerk